STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. TYRONE LEROY BREWER, DEFENDANT-APPELLANT.

Argued May 11, 1976—Decided May 27, 1976.

*Mr. John H. Ratliff,* designated attorney, argued the cause for appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Glenn R. Moran,* Assistant Prosecutor, argued the cause for respondent (*Mr. Edward P. McGrath,* Union County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed substantially for the reasons expressed by the Appellate Division, 142 *N. J. Super.* 70.

*For affirmance*—Chief Justice HUGHES, Justices MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD and SCHREIBER and Judge KOLOVSKY—7.

*For reversal*—None.